

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE: C&C ROAD CONSTRUCTION, INC.,

§ No. 08-16-00299-CV

§ AN ORIGINAL PROCEEDING

Relator.

§ IN MANDAMUS

§

§

## **O R D E R**

The Court has this day considered the Relator's emergency motion for temporary stay and concludes the motion should be GRANTED. The Honorable Angie Juarez Barill shall therefore stay any further proceedings in cause number 2014DCV2963, styled *Saab Contractors, L.P. v. C&C Road Construction, Inc*., pending further order of this Court.

Further, no action will be taken on the Relator's Petition for Writ of Mandamus pending a response from the Real Party in Interest. The response from Real Party in Interest is requested to be filed in this Court on or before December 7, 2016.

IT IS SO ORDERED this 7th day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.